IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02820-MSK-MEH

UNITRIN AUTO AND HOME INSURANCE COMPANY, a New York company,

      Plaintiff,

v.

EMERSON ELECTRIC COMPANY, a Missouri company; and
3M, a Delaware corporation,

      Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 9th day of November, 2011.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge